UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kurt R. Carpentino, et al

       v.

                                    Civil No. 13-fp-202

NH Department of Corrections, et al

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

     The Complaint in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a). Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the Complaint. Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to the Complaint, the clerk shall limit remote access accordingly pursuant to Fed. R. Civ. P. 5.2(e)(2).

     SO ORDERED.

                                             /s/ Landya B. McCafferty
                                             Landya B. McCafferty
                                             United States Magistrate Judge

Date: April 29, 2013

cc:  K. Carpentino, pro se