```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kurt R. Carpentino

                v.

                                    Civil No. 13-cv-202-JD

NH Department of Corrections,
Commissioner, et al.


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated October 15, 2013.


    SO ORDERED.

                                            */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: November 18, 2013

cc:  Kurt R. Carpentino, pro se